UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**NATIONAL CITY MORTGAGE CO.,**

        **Plaintiff,**

-vs-                                              Case No. 3:04-CV-426

**INTERNATIONAL HOME CAPITAL CORPORATION,**

        **Defendant,**

_____

## ORDER TO FILE STATUS REPORT

      This cause comes before the Court on its own initiative.  On March 9, 2006, this Court filed an order administratively processing this case pending bankruptcy proceedings.  The Court ORDERED Defendant's counsel to provide written status reports every six months.  The last status report was filed with this Court on May 10, 2011.

      Therefore, the Court ORDERS that Defendant's counsel file a written status report with this Court within 14 days from the date of this Order.

      **DONE** and **ORDERED** in Dayton, Ohio on this 25th day of July, 2012.

                                                  s/Thomas M. Rose

                                                  THOMAS M. ROSE, JUDGE
                                                  UNITED STATES DISTRICT COURT