UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NATIONAL CITY MORTGAGE CO.,

    Plaintiff,

-vs-                                                    Case No. 3:04-CV-426

INTERNATIONAL HOME CAPITAL
CORPORATION,

    Defendant.

---

ORDER LIFTING STAY AND
ORDER TO PLAINTIFF TO PROSECUTE SAID CASE OR SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

---

        On March 9, 2006, the Court stayed the above captioned case (doc. 12) pending bankruptcy proceedings. Defendant's Counsel was ordered to file status reports. On August 14, 2013, Defendant's Counsel filed a status report (doc. 26) in which the Court was notified that the bankruptcy proceeding in this matter is now closed. A copy of the Chapter 7 trustee's Final Account and Distribution Report Certification was attached to said report.

        The Court finds that the bankruptcy proceeding in this matter has been fully administered. Therefore, the stay being lifted, IT IS ORDERED that Plaintiff proceed with the prosecution of this matter or show cause why said matter should not be dismissed due to lack of prosecution no later than fourteen (14) days from the date of this order.

        **DONE** and **ORDERED** in Dayton, Ohio, this 3rd day of September, 2013.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT