UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

National City Mortgage Co.,

        Plaintiff,

-vs-

        Case: 3:04-CV-426

International Home Capital Corporation,

        Defendant.

## ORDER OF DISMISSAL

On September 3, 2013, the Court issued an order to show cause as to why this case should not be dismissed for failure to prosecute. (Doc. 28). The deadline for responding was September 17, 2013. As of today's date no response has been filed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED,** without prejudice. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio on this 27th day of September, 2013.

        *s/ Thomas M. Rose*
        THOMAS M. ROSE
        UNITED STATES DISTRICT JUDGE